UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A", <br><br> Defendants. | Case No.: 1:20-cv-03491 <br><br> Judge John Virginia M. Kendall <br><br> Magistrate Judge Sheila M. Finnegan |

### DECLARATION OF QIAOLIN ZHANG

I, QIAOLIN ZHANG, declare as follows:

1. May name is QIAOLIN ZHANG. I operate the online store hosted on JOOM.com under the username **Sanmubo Hat**

2. I am over eighteen (18) years of age. I make this Declaration based on my personal knowledge.

3. I have read this declaration fully and completely before signing it. I understand its contents.

4. I live at Minzhijiedao Huaxingdasha708, Longhuaxinqu,Shenzhenshi,Guangdong, China.

5. I have never traveled to the United States.

6. I have no offices, employees, or agents in Illinois.

7. I do not own, use, or possesses any real or personal property in Illinois.

8. I have never paid taxes in Illinois.

9. I have never filed a lawsuit in Illinois.

10. I have never held any bank accounts in Illinois.

1

11. I have never warehoused or stored inventory in Illinois.

12. I have never directed advertising or marketing towards Illinois.

13. I have never contracted with any internet service provider located in Illinois.

14. I have never purchased goods or services from any entities or individuals located in Illinois.

15. I understand that I have been accused of selling counterfeit products associated with U.S. Trademark Registration No. 6,033,871, 6,033,730, and 6,033,750, collectively the "Pro-Wax100 Marks."

16. I have never sold any product with the "Pro-Wax100 Marks" trademark in Illinois.

I declare under penalties of perjury of the laws of the United States of America that the above is true and correct within my best knowledge.

Date: 07/13/2020             /s/ QIAOLIN ZHANG
                                 QIAOLIN ZHANG