# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Ouyeinc Ltd. v. Individuals, Partnerships, & Unincorporated Associations on Schedule "A"

Case Number: 1:20-cv-03491

An appearance is hereby filed by the undersigned as attorney for:

Jingdong E-commerce (Trade) Hong Kong Corporation Limited

Attorney name (type or print): Nicole E. Kopinski

Firm: Leydig, Voit & Mayer, Ltd.

Street address: Two Prudential Plaza, Suite 4900, 180 North Stetson Avenue

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6286626
(See item 3 in instructions)

Telephone Number: (312) 616-5600

Email Address: nkopinski@leydig.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 23, 2020

Attorney signature: S/ Nicole E. Kopinski
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015