IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS ON SCHEDULE "A," <br><br> Defendants. | Case No. 20-cv-03491 <br><br> Judge John Virginia M. Kendall <br><br> Magistrate Judge Sheila M. Finnegan |

### Declaration of Rongji Ge

I, Rongji Ge, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the owner and operator of Ouyeinc Ltd. ("Ouyeinc") of _Colorado_, USA, where I have worked since _2018_. I am knowledgeable about or have access to business records concerning all aspects of the brand protection operation of Ouyeinc Ltd, including, but not limited to, its patents, trademarks, copyrights, other intellectual property, sales, online sales, advertising, marketing, media coverage, and associated international operations. I make this declaration from matters within my own knowledge save where otherwise stated.

3. Ouyeinc is a worldwide leader in the business of developing, marketing, selling and distributing wax warmers.

4. Ouyeinc also uses Ouyeinc's registered patent and trademarks (the "Pro-Wax100" marks on and in connection with the creation and distribution of its wax warmer products.

5. Ouyeinc's Pro-Wax100 family of products has achieved substantial commercial success. Worldwide retail sales now exceed US$20,000,000 per year worldwide since 2017. Ouyeinc's Pro-Wax100 brand has established itself as the best-selling wax warmer brand in the U.S. by unit volume in the measured home spa beauty market. Millions of dollars' worth of Ouyeinc's Pro-Wax100 family of products have been sold to United States residents through various online marketplaces.

6. In Illinois alone, many Pro-Wax100 products have been sold to Illinois residents through online retailers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31 day of August 2020

*Rongji Ge* (signature)
Rongji Ge