# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> Ukliss Store and et al., <br><br> Defendants. | Case No. 20 cv 3491 |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ouyeinc Ltd. ("Ouyeinc" or "Plaintiff") hereby dismisses this action with prejudice pursuant to settlement as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| Beauty Five | 287 |
| DYParty&Events | 267 |
| Crooked House | 277 |
| Hyshe | 309 |
| Yiwu Zilong Arts & Crafts Company Ltd | 232 |

DATED October 26, 2020

Respectfully submitted,

/s/ James A. Karamanis
James A. Karamanis
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Ste 3050

                 Chicago, IL 60601
                 Tel.: 312/553-5300
                 Attorney No. 6203479
                 James@bkchicagolaw.com

                 *ATTORNEY FOR PLAINTIFF Ouyeinc Ltd.*